UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE HURRICANE SANDY CASES

-------------------------------------------------------------X

**ORDER**

14 MC 41

THIS DOCUMENT APPLIES TO:

**ALL RELATED CASES**

-------------------------------------------------------------X

In light of the progress that has been made resolving Hurricane Sandy cases, all mediations and other proceedings in **flood** insurance cases are hereby stayed until March 16, 2015, in order to allow the parties to focus on settlement discussions.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED**.

Dated: Brooklyn, New York
       February 27, 2015

/S/   CHERYL L. POLLAK
Cheryl L. Pollak United States
Magistrate Judge

/S/   GARY BROWN
Gary Brown United States
Magistrate Judge

/S/ RAMON E. REYES, JR.
Ramon E. Reyes, Jr.
United States Magistrate Judge